UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

IN RE:                                              )
    PAUL T IMEL                              ) CASE NO. 17-70841–AKM-13
    MALESIA G IMEL                         )
        DEBTOR(S)                          )

## AGREED ENTRY ON DEBTORS' MOTION TO MODIFY PLAN AFTER CONFIRMATION

**Comes** now Robert P. Musgrave, Trustee, and Kevin S. Kinkade, attorney for debtor(s), on the debtors' Motion to Modify Plan after Confirmation filed June 6, 2019 (Doc. #43), with objection by Trustee on June 27, 2019 (Doc. #48), and the parties having agreed as follows do now

**AGREE** that:

1. The plan payments are increased to $1,350.00 per month, commencing July 2019.
2. The mortgage claim of Wells Fargo Home Mortgage ("Creditor"), Trustee Claim No. 004/Court Claim No. 010, is to be paid through the Trustee conduit commencing July 2019, with any post-petition arrearage to be paid by the Trustee @ 0% APR.
3. The Creditor is permitted to file an appropriate pleading or otherwise advise the Trustee of the June 30, 2019, post-petition mortgage arrearage and any reasonable attorney fees and costs within a reasonable time.
4. In all other respects, debtor(s) plan as confirmed remains in full force and effect.
5. The Court may enter an order on the above motion based on the terms and conditions of this entry.

REVIEWED AND AGREED:


/s/Robert P. Musgrave                   August 6, 2019
Robert P. Musgrave                     Date
Chapter 13 Trustee
P.O. Box 972
Evansville, IN  47706-0972
Telephone:  (812) 424-3029
Fax:  (812) 433-3464
Email address:  chap13@trustee13.com

/s/Kevin S. Kinkade                August 6, 2019
Kevin S. Kinkade                   Date
Attorney for Debtor(s)

/s/Michael J. Kulak                August 6, 2019
Michael J. Kulak                   Date
Attorney for Creditor